# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOUNDATION MEDICINE, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>GUARDANT HEALTH, INC.,<br><br>     Defendant. | Civ. Action No. 17-cv-807-LPS-CJB |

## **STIPULATION OF DISMISSAL**

Plaintiff Foundation Medicine, Inc. and Defendant Guardant Health, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4. This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5. This Stipulation and Order shall finally resolve the Action between the parties.

| | |
|---|---|
| Dated: July 10, 2018 | Respectfully submitted, |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FARNAN LLP |
| /s/ Jeremy A. Tigan | /s/ Brian E. Farnan |
| Karen Jacobs (#2881) | Brian E. Farnan (Bar No. 4089) |
| Jeremy A. Tigan (#5239) | Michael J. Farnan (Bar No. 5165) |
| 1201 North Market Street | 919 North Market Street, 12th Floor |
| P.O. Box 1347 | Wilmington, Delaware 19801 |
| Wilmington, DE 19899 | (302) 777-0300 |
| (302) 658-9200 | bfarnan@farnanlaw.com |
| kjacobs@mnat.com | mfarnan@farnanlaw.com |
| jtigan@mnat.com | |
| | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |

**SO ORDERED:**

This \_\_\_\_\_ day of _____, 2018.

_____
HON. LEONARD P. STARK
UNITED STATES DISTRICT JUDGE